United States District Court
Southern District of Texas
**ENTERED**
March 31, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PARC CONDOMINIUM ASSOCIATION *and* FIRSTSERVICE RESIDENTAL HOUSTON, INC., | § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-15-486 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § | |
| Defendant. | § § | |

## ORDER

Because the Court has dismissed all claims asserted in this lawsuit by Plaintiffs Parc Condominium Association and FirstService Residential Houston, Inc. against Defendant Travelers Casualty and Surety Company of America, the Court hereby

**ORDERS** that Plaintiffs Parc Condominium Association and FirstService Residential Houston, Inc.'s case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this **31** day of March, 2016.

*[signature]*

DAVID HITTNER
United States District Judge