IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PARC CONDOMINIUM ASSOCIATION, §§§§§ Plaintiff §§ v. §§ TRAVELERS CASUALTY AND, §§ SURETY COMPANY OF AMERICA §§ Defendant §§§ | Civil Action No. 4:15-CV-00486 |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE DISTRICT JUDGE:

NOTICE IS HEREBY GIVEN that Plaintiffs PARC CONDOMINIUM ASSOCIATION and FIRSTSERVICE RESIDENTIAL HOUSTON, INC. appeal to the United States Court of Appeals for the Fifth Circuit from the Order (opinion) and Order (final judgment) both entered in this action on March 31, 2016, as well as the Order dated April 14, 2016 on Plaintiffs' Motion to Alter Judgment Per Rule 59(e) and the June 16, 2016 Order on Plaintiffs' Second Motion to Alter Judgment Per Rule 59(e).

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: /s/ Dylan B. Russell
Dylan B. Russell
State Bar No. 24041839
Federal Bar No. 36707

**OF COUNSEL:**
**HOOVER SLOVACEK LLP**
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713-977-8686
Facsimile: 713-977-5395
russell@hooverslovacek.com
**ATTORNEYS FOR PLAINTIFFS,**
**PARC CONDOMINIUM ASSOCIATION AND**
**FIRSTSERVICE RESIDENTIAL HOUSTON, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on 17th day of June, 2016, a true and correct copy of the foregoing document was forwarded to all interested parties via electronic notice from the U.S. District Clerk's Office and/or U.S. First Class Mail, postage prepaid.

By:/s/ Dylan B. Russell
Dylan B. Russell