IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:15cv486

A True Copy
Certified order issued Sep 13, 2016

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 16-20382

---

PARC CONDOMINIUM ASSOCIATION; FIRSTSERVICE RESIDENTIAL HOUSTON, INCORPORATED,

United States District Court
Southern District of Texas
FILED

Plaintiffs - Appellants

SEP 13 2016

v.

David J. Bradley, Clerk of Court

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

Defendant - Appellee

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 13, 2016, for want of prosecution. The appellant failed to timely file a brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 13, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 16-20382     Parc Condominium Association, et al v. Travelers Casualty & Surety Co
          USDC No. 4:15-CV-486

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Angelique D. Batiste, Deputy Clerk
          504-310-7715

cc w/encl:
    Mrs. Melinda K. Bradley
    Ms. Allison Marie Hooker
    Mr. Dylan Benjamen Russell